UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HART, | No. 2:14-cv-2732 JAM CKD (TEMP) P |
| Plaintiff, | |
| v. | ORDER |
| KIMBERLYN YOUNG, et al., | |
| Defendants. | |

Plaintiff has requested a second extension of time to submit the documents required to effect service pursuant to the court's order of December 18, 2015.  Plaintiff has also submitted a request that the Clerk of the Court resend the forms necessary to effectuate service. Good cause appearing, both requests will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's March 16, 2016, motion for an extension of time (ECF No. 14) is granted;
2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed November 20, 2014.
3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:
    a. The completed Notice of Submission of Documents;
    b. One completed summons;

    c. One completed USM-285 form for Associate Warden Kimberlyn Young and S. Cervantes; and

    d. Three copies of the endorsed complaint filed November 20, 2014.

Dated: April 15, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/kly;mb;hart2732.36usm.sec