UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HART,<br><br>             Plaintiff,<br><br>        v.<br><br>KIMBERLYN YOUNG, et al.,<br><br>             Defendants. | No. 2:14-cv-2732 JAM CKD (TEMP) P<br><br><br>ORDER |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed December 18, 2015, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. Plaintiff submitted the copies of the complaint but failed to submit the summons, and completed USM-285 forms for defendants S. Cervantes and Kimberlyn Young.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a blank summons and two USM-285 forms; and

/////

/////

1

     2.  Within thirty days, plaintiff shall submit to the court the completed summons and USM-285 forms for defendants S. Cervantes and Kimberlyn Young required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

Dated:  July 14, 2016

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/mp
hart2732.8f

2