UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HART, | No. 2:14-cv-2732 JAM DB |
| Plaintiff, | |
| v. | ORDER |
| KIMBERLYN YOUNG, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 3, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 30.) Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 3, 2017 (ECF No. 30) are adopted in full;

2. Defendants' motion to dismiss (ECF No. 26) is granted;

3. Plaintiff's due process claim under the Fourteenth Amendment is dismissed without prejudice;

4. Plaintiff's access-to-courts claim under the First Amendment is dismissed without prejudice;

5. Plaintiff may file an emended complaint within 30 days of this order in accordance with the directions established in the findings and recommendations (ECF No. 30 at 11); and

6. If plaintiff fails to file a timely complaint within 30 days, then this case shall be dismissed with prejudice.

DATED: September 28, 2017

/s/ John A. Mendez_____ _____
UNITED STATES DISTRICT COURT JUDGE